In the Matter of the Construction of the Will of ASHER B. HALLOCK, Deceased. FRED A. GILOTH, as Executor of FLORENCE Y. GILOTH, Deceased, Respondent; FRANK D. HALLOCK, Appellant.

Submitted October 3, 1955; decided October 13, 1955.

Motion to have appeal heard upon the printed record and briefs heretofore filed herein together with a printed supplement containing the additional papers granted upon condition that an appropriate undertaking pursuant to section 593 of the

Civil Practice Act, if not already filed, be filed within ten days, in which event respondent's cross-motion to dismiss appeal denied; otherwise, appellant's motion denied and respondent's cross-motion to dismiss granted, with costs and $10 costs of motion. [See 308 N. Y. 299.]